```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
                          RENO, NEVADA
```

CHRISTOPHER P. JERNIGAN,            )   3:08-cv-00104-ECR-WGC
                                    )
    Petitioner,                     )   MINUTES OF THE COURT
                                    )
vs.                                 )   DATE: January 31, 2012
                                    )
RENEE BAKER, et al.,                )
                                    )
    Respondents.                    )
_____)

PRESENT:   _____EDWARD C. REED, JR._____           U. S. DISTRICT JUDGE

Judicial Assistant: __Candace Knab__   Reporter: __NONE APPEARING__

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

<u>MINUTE ORDER IN CHAMBERS</u>

    On August 30, 2011, Respondents filed a motion (#29) for substitution of parties.  Respondents' motion to substitute Renee Baker, Warden of Ely State Prison as Respondent, in place of E.K. McDaniel, who is no longer Warden at Ely State Prison, is **GRANTED**.

 

                                                   LANCE S. WILSON, CLERK

                                                   By _____/s/_____
                                                          Deputy Clerk